

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-21-00501-CR

Rudy **CORONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-12-13471-CR
The Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellee's brief was originally due January 28, 2022. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to February 28, 2022. On March 2, 2022, the appellee filed a motion requesting an additional extension of time to file the brief until March 28, 2022, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellee to file his brief **by March 28, 2022**. Appellee is advised that if the brief is not filed, the case may be set at issue without an appellee's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court